IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

COFFEE.ORG, INC.                                                                                    PLAINTIFF

v.                                    Case No. 2:11-CV-02031

GREEN MOUNTAIN COFFEE ROASTERS, INC.;
KEURIG, INC.; VAN HOUTTE USA ONLINE, INC.;
VAN HOUTTE USA HOLDINGS, INC.; and
VISTAR CORPORATION                                                                              DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion to Dismiss or for Judgment on the Pleadings (Doc. 44) is **GRANTED**.  This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED this 15th day of February, 2012.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE